No. 99–622.  LOFTUS *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–623.  WELLS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–631.  DERRYBERRY *v.* TENNESSEE VALLEY AUTHORITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–637.  NORVILLE ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–638.  ZORA ENTERPRISES, INC. *v.* MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 99–644.  HOYOS *v.* UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–649.  RARDIN, WARDEN, ET AL. *v.* RICARDO.  C. A. 9th Cir.  Certiorari denied.

No. 99–652.  AGEE *v.* MORSE.  C. A. 2d Cir.  Certiorari denied.

No. 99–657.  ALTHOFF ET UX. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 99–676.  TINSLEY *v.* EQUIFAX CREDIT INFORMATION SERVICES, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 99–686.  HARGROVE *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 99–700.  LOPEZ *v.* HENDERSON, POSTMASTER GENERAL.  C. A. 5th Cir.  Certiorari denied.

No. 99–702.  CAPITAL LEASING OF OHIO, INC., DBA BUDGET RENT-A-CAR OF COLUMBUS *v.* COLUMBUS MUNICIPAL AIRPORT AUTHORITY.  C. A. 6th Cir.  Certiorari denied.

No. 99–716.  RUIZ RIVERA *v.* DEPARTMENT OF EDUCATION ET AL.  C. A. 1st Cir.  Certiorari denied.